# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2697
_____

DONALD VERNON KELLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel —
Original Jurisdiction.

May 9, 2018

PER CURIAM.

DENIED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Donald Vernon Kelley, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.